James M. Milliken F-08618
Name and Prisoner/Booking Number

CSP - Sacramento
Place of Confinement

P.O. Box 290066 - Z.181
Mailing Address

Represa, CA 95671
City, State, Zip Code

**FILED**

Jul 06, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

James Michael Milliken
(Full Name of Plaintiff)            Plaintiff,

v.

(1) S. Alfaro - Director (A)
(Full Name of Defendant)

(2) D. Goss - CDW        (A)

(3) J. Perez - CDW       (A)

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 

2:20-cv-1350 EFB (PC)

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

Jury Trial Demanded

☒ Original Complaint

☐ First Amended Complaint

☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: CSP - Corcoran — Corcoran

## B. DEFENDANTS

1. Name of first Defendant: S. Alfaro _____. The first Defendant is employed as:
The Director (A) for CDCR. at Sacramento – Departmental Review Board.
_____(Position and Title)_____          _____(Institution)_____

2. Name of second Defendant: D. Goss _____. The second Defendant is employed as:
Chief Deputy Warden – CDW (A) at CSP – Corcoran _____.
_____(Position and Title)_____          _____(Institution)_____

3. Name of third Defendant: J. Perez _____. The third Defendant is employed as:
Chief Deputy Warden – CDW (A) at CSP – Corcoran _____.
_____(Position and Title)_____          _____(Institution)_____

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
_____(Position and Title)_____          _____(Institution)_____

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **4** . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Milliken v. CSP-SAC officials (do not have info.)
      2. Court and case number: do not have info.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) dismissed on SJM in 2010

   b. Second prior lawsuit:
      1. Parties: Milliken v. Maylin et.al.
      2. Court and case number: District Court # 3:18-cv-03209-JSC / Ninth cir. # 20-15136
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Appealed to 9th cir. – pending

   c. Third prior lawsuit:
      1. Parties: Milliken v. Vogel
      2. Court and case number: do not have (East Dist. -cse-cor) 2010
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Settled for $5,700⁰⁰ in 2013

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

Parties: Milliken v. C. Sturdevant

Northern District, Case No# 5:18-cv-05326-LHK

Appealed to 9th Cir. by defendants Case No. 20-16192

Results: Pending

2-A

## CLAIM N.I

1. State the constitutional or other federal civil right that was violated: Due process violation, 14th Amendment, Denial of Meaningful Reviews.

2. **Claim N.I** Identify the issue involved. Check only one. State additional issues in separate claims.

   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: Denial of Meaningful Review

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   See Attached "Supporting Facts Listed Under 3-A
   3-C

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Loss of liberty due to DI/D classification. Illegally Validated as a STG-I AB

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This was a Departmental Review (Highest level of review and not appealable)

3

Plaintiff argues that while at CSP-COR he was placed in Administrative Segregation. While in Ad-Seg the plaintiff received many reviews. The Plaintiff further alleges that not all of his reviews were "meaningful".

On 4/17/19, Plaintiff was reviewed by the Departmental Review Board (DRB). DRB ordered Plaintiffs retention in ASU "Pending OCS investigation into Millikens STG Status." The Chair Person was S. Alfaro. See Ex. A

On 5/02/19, Plaintiff was reviewed by CSP-COR I.C.C. Chair Person was D. Goss. He ordered Plaintiffs retention in A.S.U "Pending completion on OCS investigation by OCS for STG Status." See Ex. B

On 5/30/19, Plaintiff was reviewed by CSP-Cor I.C.C. Chair Person was D. Goss. He ordered Plaintiffs retention in ASU "Pending completion on investigation by OCS for STG Status." See Ex. C

On 6/20/19, Plaintiff was re-validated by CSP-COR's STG UCC. See Ex. D

On 6/27/19, Plaintiff was reviewed by CSP-Cor I.C.C. Chair Person was J. Perez. He ordered Plaintiffs retention based on Plaintiffs STG Status and refered the case to D.R.B for review and appropriate housing. See Ex. E

Plaintiff argues that the CSP-Cor ICC's reviews could not have been meaningful because they did not comply with defendants obligations under the Settlement

3-A

reached in Ashker v. Brown ("Ashker Settlement") (citing Dkt. No. 424, Ex. A, Case No. 09-5796-CW (N.D. Cal. Sept 1, 2015)) In the Ashker case, a class of prisoners argued that CDCR's practice of "assign[ing] inmates to the SHU based solely on their membership in or association with prison gangs, without regard for the inmates' actual behavior" violated the classes Fourteenth Amendment right to due process. Ashker v. Brown, No C 09-5796-CW, 2013 WL 1435148, at *1 (N.D. Cal. Apr. 9, 2013). CDCR settled with the class of inmates. See Ashker Settlement. The Ashker Settlement was signed by Jeffrey Beard, then-Secretary of CDCR, on August 31, 2015. See Id at 22. It was approved by the U.S. District Court Judge Claudia Wilken on October 6, 2015. See Dkt. No. 440, Case No. 09-5796-CW (N.D. Cal. Sept. 1, 2015). The Ashker Settlement thus bound CDCR well before the alleged Constitutional Violation occurred here.

The Ashker Settlement provides that "CDCR shall not place inmates into an Administrative Segregation ... Program solely on the basis of their Validation status." See Ashker Settlement ¶ 13.

Plaintiff argues that his retention in ASU was based on his STG status, violating the Ashker agreement. Cf. Santos v. Holland, 761 F. App'x 707, 712 9th Cir 2019) (Friedland, J. dissenting) (arguing that a plaintiff should bring in civil rights, rather than habeas, his claim that "he was confined in the SHU precisely because he had been validated as a member of the Mexican Mafia" and noting that "the state of California reached the settlement in Ashker, agreeing that it would no longer place

3-B

1   inmates in Solitary Confinement Solely on the basis of their
2   gang validation Status")
3       Plaintiff's arguement is clear, defendants could not
4   have given him a meaningful review, while simultaneously
5   ignoring, or deciding to violate, the Ashker Settlement.

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Compensatory Relief — One million five hundred thousand dollars (1.5 million)

To have STS - Validation expunged

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7 - 1 - 20___                          *James Milliken*
　　　　　　　　　DATE                                   SIGNATURE OF PLAINTIFF

___N/A___
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

___N/A___
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# EXHIBIT COVER PAGE __A__

EXHIBIT

Description of this Exhibit: _Classification Review dated 4/17/19_

Number of pages in this Exhibit: __1__ pages.

JURISDICTION:  (Check only one)

_____   Municipal Court

_____   Superior Court

_____   Appellate Court

_____   State Supreme Court

__X__   United States District Court

_____   State Circuit Court

_____   United States Supreme Court

_____   Grand Jury

**ICC5607B - Classification Review**

| Name: MILLIKEN, JAMES MICHAEL | | CDC #: F08618 |
|---|---|---|

CC Request Date: 04/08/2019
Institution: California State Prison, Corcoran
Facility: COR-Facility 04A    Request Time: 18:21:31
Correctional Counselor: Weaver, _____ R [WEJE004]
Committee Type: Departmental Review Board (DRB)
Review Type: STG- Review
Scheduled Hearing Date: 04/17/2019    Scheduled Hearing Time: 13:00:00

**Critical Case Factors**

| Factor | Current Value | New Value |
|---|---|---|
| Security Level | | Placement Score: 134        Level: IV-Level 4 |
| Custody Designation | Maximum | Maximum |
| Custody Suffix – 1st | S | S-Requires Single Cell Status |
| Custody Suffix – 2nd | | |
| Custody Suffix – 3rd | | |
| Custody Suffix – 4th | | |
| Housing Placement – 1st | | UNK-N/A |
| Housing Placement – 2nd | UNK | UNK-N/A |
| Housing Configuration | CL | NA-Not Applicable |
| Institution (Primary) | COR | |
| Institution (Alternate) | | |
| Transfer Override | VIO | ZZZ-None |
| Exceptional Placement | Z | Z-None |
| Custody Upon Transfer | Unknown | Unknown |
| Detention Procession Unit | 0 | 0-N/A |
| Work Change Clearance | No | No |
| Back Dock Clearance | No | No |
| Gate Pass Clearance | No | No |
| Access to Computer Clearance | No | No |
| ORWD Clearance | No | No |
| SVP Status Considered | | No |
| MDO Status Considered | | No |
| Annual IHR Conducted | | No |

**Related SHU Term/Computations**

| Violation Date | Att./ Consp. | Specific Offense | STG Nexus | SHU Term Type | SHU Term Start Date | SHU Term | How Served | Time Forfeited | Any Pending? | MERD | SHU Term Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Rows Found | | | | | | |

**Work Group/Privilege Group Changes**

| Seq # | Work Group | Privilege Group | Begin Date | End Date |
|---|---|---|---|---|
| | D1-Administrative Segregation | | 06/14/2018 | |
| | | D-Special Segregation Unit | 06/14/2018 | |

**--- Manual Overrides (System Generated) ---**

| |
|---|
| |

**Credit/Time Restoration**

| Seq # | RVR Log # | Days | Violation Date | One-Time Application |
|---|---|---|---|---|
| | | | No Rows Found | |

**Related RVRs**

| Violation Date | Log Number | Guilty Charge |
|---|---|---|
| | No Rows Found | |

**Current Assignments**

| Seq # | Assigned Date | Assignment Type | Section Location | Position # | Position Title | Status | Retain | Removal Reason |
|---|---|---|---|---|---|---|---|---|
| | | | | No Rows Found | | | | |

**Confidentiality Notice:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**Waiting List**

| Incl. | Rem. | Waiting List Type | Status When Incl. | Identified Date |
|---|---|---|---|---|
| | | No Rows Found | | |

**Director Comments**

Refer to DRB chrono

**Committee Action Summary**                                                                            ☐ Revision Requested

***DRB ACTION***
Retain in the COR ASU with MAX-S custody and WG/PG D1/D pending OCS investigation into MILLIKEN's STG status. Refer the case back to the DRB within 30 days in the event that MILLIKEN cannot be released to safe housing by ICC. In the event that MILLIKEN can be released to safe housing after re-evaluation of his STG status by OCS, ICC shall grant NDS and also advise CSU that the referral to DRB is no longer warranted.
DO NOT RETAIN DRB TX CONTROL

**Committee Comments**                                                                                  ☐ Revision Requested

Refer to DRB chrono

**Inmate Involvement in Hearing**

Attendance: Present at Hearing                                                    72 Hour Notice Waiver: No
Interpreter Name:
Staff Assistant Name: CCI (A) J. Manangan                                         S/A Discharged:
Agrees with Recommendations: Yes                                                  Informed of Appeal Rights: Yes

**Inmate Comments**

Refer to DRB chrono

**Effective Communications**

| Interaction Date | Interaction Time | Interaction Type |
|---|---|---|
| 04/12/2019 | 11:27:34 | Classification Interview |

**Outcome**

Actual Hearing Date: 04/17/2019                                      Actual Hearing Time: 13:00:04
Continue Present Program: No                                         Implement Changes: Yes
ASU Extension Request: No                                            ASU Extension Days: 0                    Extension Reason:

Review Status: Finalized                                            As of: 05/01/2019
Refer to: N/A                                                       Reason: N/A
Next Review Date:                                                   Next Committee Type:

**Committee Members**

| Staff Name | Title | Chair-Person | Recorder | Dissenting Comments |
|---|---|---|---|---|
| Weaver, ████ R [WEJE004] | CCIII | ☐ | ☑ | |
| Moak, █ [MOBR007] | Chief of CSU | ☐ | ☐ | |
| Alfaro, █████ K [PESA001] | Director (A) | ☑ | ☐ | |

**CCII Review**

**Reviewer Comments**

| None |
|---|

CCII Name: Unknown                                                         Review Date:

**Administrative Determinants to be Reviewed**

**Revision/Auditor Comments**

None

**Related Standard Forms**

| Date Prepared | Time Prepared | Type of Form | Staff Prepared By | Status |
|---|---|---|---|---|
| 04/12/2019 | 11:27:34 | Notice of Cls. Hearing | Campa, █ C [CACA015] | Printed – Reviewed |
| 04/08/2019 | 18:21:54 | Departmental Review Board (DRB) | Weaver, ████ R [WEJE004] | Printed – Reviewed |

**Related Electronic Documents**

| Type | Date | Title | Source | Nbr of Pages |
|---|---|---|---|---|

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT COVER PAGE        B

EXHIBIT

Description of this Exhibit: _Classification Review dated_
_5/02/19_

Number of pages in this Exhibit: __1__ pages.

JURISDICTION:  (Check only one)

_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

__X__ United States District Court

_____ State Circuit Court

_____ United States Supreme Court

_____ Grand Jury



CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

4A4R - 33

# CLASSIFICATION COMMITTEE CHRONO

| | | | |
|---|---|---|---|
| **Inmate Name:** | MILLIKEN, JAMES M. | **Date:** | 05/02/2019 |
| **CDC#:** | F08618 | **Date of Birth:** | 11/12/1983 |
| **Control Date:** | 11/18/2070 | **Control Date Type:** | Minimum Eligible Parole Date |

| | | | |
|---|---|---|---|
| **Hearing Date:** | 05/02/2019 | **Hearing Type:** | Subsequent ASU |
| **Committee Type:** | Institution Cls. Committee (ASU/SHU/THU/PSU-ICC) | **Correctional Counselor:** | J. Diaz |

**STATIC CASE FACTORS**

**CRITICAL CASE FACTORS**

## CLINICIAN COMMENTS

S is not a participant in the MHSDS. S's Activities of Daily Living (ADL) are adequate. S's interactions with staff appear to be appropriate. S's placement in alternative levels of care in the Mental Health Services Delivery System was considered and is not recommended. Per the unit's assigned clinician, S's mental health is unlikely to decompensate while retained in ADSEG.

## COMMITTEE ACTION SUMMARY

SUBSEQUENT ASU REVIEW: RET ASU, REF CSR RX 30 DAY ASU EXT PX OCS INVEST INTO S'S STG STATUS, CONT MAXS CUST, CONT S/C, W/A YARD WHILE HOUSED IN ASU; PSYCH: GP, TABE: 12.9; DDP; NCF; DPP; N/A, WG/PG D1D EFF 6/14/18, UOF & A/R EXPL.

## COMMITTEE COMMENTS

ASU/PN REVIEW: S's ASU/PN is current and accurately documents the reason(s) for ASU placement. A review of the ASU/PN indicates the document was issued in sufficient detail and S was afforded all the due process requirements.

COMMITTEE NOTES: Inmate MILLIKEN F08618, hereafter, will be referred to as Subject (S). S made a personal appearance before COR 4A ICC for the purpose of an Subsequent ASU Review. S waived his 72 hour notice. S stated he was in good health and ready to proceed. S's Confidential and Non-Confidential Separation Alerts have been reviewed. S's TABE 12.9.

On Thursday, June 14, 2018, S was removed from COR Facility 4B and housed in Administrative Segregation (ASU) per CDC 128-B dated 6/13/18 authored by the Debrief Task Force-Fresno. Specifically, the Debrief Task Force Processing Unit 128-B states S was found to be less than sincere and unwilling to provide all information known to S during the debrief process. Per CDCR 128B STG Informational Chrono dated 8/27/18 authored by DTF-Fresno, the author indicates S is deliberately manipulating the debrief process in a desperate attempt to get to an SNY facility by limiting the information S is willing to divulge. The author recommends S be referred to DRB for RCGP consideration and not be allowed to participate in the debrief process for a minimum of six (6) months.

On 4/17/19, S appeared before the Departmental Review Board for review of appropriate housing. The following is the DRB action: Retain in the COR ASU with MAX-S custody and WG/PG D1/D pending OCS investigation into MILLIKEN's STG status. Refer the case back to the DRB within 30 days in the event that MILLIKEN cannot be released to safe housing by ICC. In the event that MILLIKEN can be released to safe housing after re-evaluation of his STG status by OCS, ICC shall grant NDS and also advise CSU that the referral to DRB is no longer warranted.
DO NOT RETAIN DRB TX CONTROL.

Based on the above information ICC elects to retain S in ASU pending completion on investigation by OCS for STG status; refer to CSR for a 30 day ASU extension. Continued retention in ASU is warranted at this time. S's release from segregated housing, at this time, does present an immediate threat to the safety and security of self/others; as well as the security of the institution. Continue D1D effective 6/14/18. Upon completion of the said investigation by OCS, S shall return to ICC for evaluation of STG status.

CELL REVIEW: ICC elects to continue single cell status pending completion on investigation into S's STG status.

YARD REVIEW: Committee elects to continue S on the Walk Alone yard while housed in ASU due to the unavailability of a compatible group yard.

MEDICAL STATUS: S is Full Duty and Low Risk Medical per SOMS MCC dated 1/25/16. DDP: NCF; DPP: None. DME; Eyeglass Frames.

EFFECTIVE COMMUNICATION: During a pre-committee interview at cell front, effective communication was established by using simple English spoken clearly and slowly. S reiterated in his own words what was explained to him and answered questions asked of him appropriately. S stated he did not need any additional assistance.

PREA: Inmate was asked if they have any new, relevant, information related to PREA which has come to light since his intake interview. Inmate stated that he does not have any information.

ADDITIONAL COMMITTEE ATTENDEES:

**RECORDER**

A. Johnson

05/02/2019
Date

**CHAIRPERSON**

D. Goss

05/02/2019
Date

CDCR SOMS ICCT162 – Classification Committee Chrono

# EXHIBIT COVER PAGE  _C_

EXHIBIT

Description of this Exhibit: _Classification Review dated_
_5/30/19_

Number of pages in this Exhibit: _1_ pages.

JURISDICTION:  (Check only one)

_____  Municipal Court

_____  Superior Court

_____  Appellate Court

_____  State Supreme Court

_X___  United States District Court

_____  State Circuit Court

_____  United States Supreme Court

_____  Grand Jury

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLASSIFICATION COMMITTEE CHRONO

| | | | |
|---|---|---|---|
| **Inmate Name:** | MILLIKEN, JAMES M. | **Date:** | 05/30/2019 |
| **CDC#:** | F08618 | **Date of Birth:** | 11/12/1983 |
| **Control Date:** | 11/18/2070 | **Control Date Type:** | Minimum Eligible Parole Date |

| | | | |
|---|---|---|---|
| **Hearing Date:** | 05/30/2019 | **Hearing Type:** | Subsequent ASU |
| **Committee Type:** | Institution Cls. Committee (ASU/SHU/THU/PSU-ICC) | **Correctional Counselor:** | J. Diaz |

**STATIC CASE FACTORS**

**CRITICAL CASE FACTORS**

### CLINICIAN COMMENTS

S is not a participant in the MHSDS. S's Activities of Daily Living (ADL) are adequate. S's interactions with staff appear to be appropriate. S's placement in alternative levels of care in the Mental Health Services Delivery System was considered and is not recommended. Per the unit's assigned clinician, S's mental health is unlikely to decompensate while retained in ADSEG.

### COMMITTEE ACTION SUMMARY

SUBSEQUENT ASU REVIEW: RET ASU, REF CSR RX 60 DAY ASU EXT PX DRB REQUEST FOR OCS INVEST, CONT MAXS CUST, CONT S/C, W/A YARD WHILE HOUSED IN ASU; PSYCH: GP, TABE: 12.9; DDP; NCF, DPP; N/A, WG/PG D1D EFF 6/14/18, UOF & A/R EXPL.

### COMMITTEE COMMENTS

ASU/PN REVIEW: S's ASU/PN is current and accurately documents the reason(s) for ASU placement. A review of the ASU/PN indicates the document was issued in sufficient detail and S was afforded all the due process requirements.

COMMITTEE NOTES: Inmate MILLIKEN F08618, hereafter, will be referred to as Subject (S). S made a personal appearance before COR 4A ICC for the purpose of a Subsequent ASU Review. S waived his 72 hour notice. S stated he was in good health and ready to proceed. S's Confidential and Non-Confidential Separation Alerts have been reviewed. S's TABE 12.9.

On Thursday, June 14, 2018, S was removed from COR Facility 4B and housed in Administrative Segregation (ASU) per CDC 128-B dated 6/13/18 authored by the Debrief Task Force-Fresno. Specifically, the Debrief Task Force Processing Unit 128-B states S was found to be less than sincere and unwilling to provide all information known to S during the debrief process. Per CDCR 128B STG Informational Chrono dated 8/27/18 authored by DTF-Fresno, the author indicates S is deliberately manipulating the debrief process in a desperate attempt to get to an SNY facility by limiting the information S is willing to divulge. The author recommends S be referred to DRB for RCGP consideration and not be allowed to participate in the debrief process for a minimum of six (6) months.

On 4/17/19, S appeared before the Departmental Review Board for review of appropriate housing. The following is the DRB action: Retain in the COR ASU with MAX-S custody and WG/PG D1/D pending OCS investigation into MILLIKEN's STG status. Refer the case back to the DRB within 30 days in the event that MILLIKEN cannot be released to safe housing by ICC. In the event that MILLIKEN can be released to safe housing after re-evaluation of his STG status by OCS, ICC shall grant NDS and also advise CSU that the referral to DRB is no longer warranted.
DO NOT RETAIN DRB TX CONTROL.

Based on the complexity of this case, today's ICC elects to retain S in ASU pending completion on investigation by OCS for STG status, refer to CSR for an additional 30 day ASU extension. A case conference with CSU regarding the expedited review by OCS was discussed and CSU is aware that DRB requested the investigation by OCS to be completed within 60 days. CSU has requested that OCS expedite the investigation. Continued retention in ASU is warranted at this time. S's release from segregated housing, at this time, does present an immediate threat to the safety and security of self/others; as well as the security of the institution. Continue D1D effective 6/14/18. Upon completion of the said investigation, S shall return to ICC for evaluation of STG status.

CELL REVIEW: ICC elects to continue single cell status pending completion on investigation into S's STG status.

YARD REVIEW: Committee elects to continue S on the Walk Alone yard while housed in ASU due to the unavailability of a compatible group yard.

MEDICAL STATUS: S is Full Duty and Low Risk Medical per SOMS MCC dated 1/25/16. DDP: NCF; DPP: None. DME; Eyeglass Frames.

EFFECTIVE COMMUNICATION: During a pre-committee interview at cell front, effective communication was established by using simple English spoken clearly and slowly. S reiterated in his own words what was explained to him and answered questions asked of him appropriately. S stated he did not need any additional assistance.

PREA: Inmate was asked if they have any new, relevant, information related to PREA which has come to light since his intake interview. Inmate stated that he does not have any information.

ADDITIONAL COMMITTEE ATTENDEES:
M. Boersma, Mental Health

**RECORDER**

C. Campa

05/30/2019

Date

**CHAIRPERSON**

D. Goss

05/30/2019

Date

CDCR SOMS ICCT162 - Classification Committee Chrono



# EXHIBIT COVER PAGE 

EXHIBIT

Description of this Exhibit: Classification Review dated
6/20/19

Number of pages in this Exhibit:  2  pages.

JURISDICTION:  (Check only one)

_____  Municipal Court

_____  Superior Court

_____  Appellate Court

_____  State Supreme Court

__X___  United States District Court

_____  State Circuit Court

_____  United States Supreme Court

_____  Grand Jury

**CCCS007B - Classification Review**

| Name: MILLIKEN, JAMES MICHAEL | CDCR: F08618 |
|---|---|

| | |
|---|---|
| CC Request Date: 06/20/2019 | Request Time: 09:39:10 |
| Institution: California State Prison, Corcoran | |
| Facility: COR-Facility 04A | |
| Correctional Counselor: Diaz, ██ A [DIU0005] | |
| Committee Type: Institution Cls. Committee (UCC) | |
| Review Type: STG UCC-Other | |
| Scheduled Hearing Date: 06/20/2019 | Scheduled Hearing Time: 12:00:00 |

## Critical Case Factors

| Factor | Current Value | New Value |
|---|---|---|
| Security Level | | Placement Score: 134     Level: IV-Level 4 |
| Custody Designation | Maximum | Maximum |
| Custody Suffix - 1st | S | S-Requires Single Cell Status |
| Custody Suffix - 2nd | | |
| Custody Suffix - 3rd | | |
| Custody Suffix - 4th | | |
| Housing Placement - 1st | | UNK-N/A |
| Housing Placement - 2nd | UNK | UNK-N/A |
| Housing Configuration | CL | NA-Not Applicable |
| Institution (Primary) | COR | |
| Institution (Alternate) | | |
| Transfer Override | ZZZ | ZZZ-None |
| Exceptional Placement | Z | Z-None |
| Custody Upon Transfer | Unknown | Unknown |
| Detention Procession Unit | 0 | 0-N/A |
| Work Change Clearance | No | No |
| Back Dock Clearance | No | No |
| Gate Pass Clearance | No | No |
| Access to Computer Clearance | No | No |
| ORWD Clearance | No | No |
| SVP Status Considered | | No |
| MDO Status Considered | | No |
| Annual IHR Conducted | | No |

## Related SHU Term Computation

| Violation Date | Att./ Consp. | Specific Offense | STG Nexus | SHU Term Type | SHU Term Start Date | SHU Term | How Served | Time Forfeited | Any Pending? | MERD | SHU Term Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Rows Found | | | | | | |

## Work Group/Privilege Group Changes

| Seq # | Work Group | Privilege Group | Begin Date | End Date |
|---|---|---|---|---|
| | D1-Administrative Segregation | | 06/14/2018 | |
| | | D-Special Segregation Unit | 06/14/2018 | |
| 001 | D1-Administrative Segregation | D-Special Segregation Unit | 06/14/2018 | |

## Manual Overrides (System Generated)

| |
|---|
| |

## Credit Time Restoration

| Seq # | RVR Log # | Days | Violation Date | One Time Application |
|---|---|---|---|---|
| | | | No Rows Found | |

## Related RVR

| Violation Date | Log Number | Guilty Charge |
|---|---|---|
| | No Rows Found | |

## Current Assignments

| Seq # | Assigned Data | Assignment Type | Section Location | Position # | Position Title | Status | Retain | Removal Reason |
|---|---|---|---|---|---|---|---|---|

**Confidentiality Notice:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| Seq # | Assigned Date | Assignment Type | Section Location | Position # | Position Title | Status | Retain | Removal Reason |
|---|---|---|---|---|---|---|---|---|
| 001 | 04/30/2019 | Voluntary e-Learning - Non Tablet | VOL EDUCATION CLASS IN CELL | VEL.001.004 | 4A VOL e-LEARNING | Unassigned | ☑ | |
| 002 | 05/16/2019 | College (Correspondence) | VOL EDUCATION CLASS IN CELL | VC1.001.016 | 4A VOL COLLEGE CORRES CLASS A | Unassigned | ☑ | |

### Waiting List

| Incl. | Rem. | Waiting List Type | Status When Incl. | Identified Date |
|---|---|---|---|---|
| | | | No Rows Found | |

### Clinician Comments

S is not a participant in the MHSDS. S's Activities of Daily Living (ADL) are adequate. S's interactions with staff appear to be appropriate. S's placement in alternative levels of care in the Mental Health Services Delivery System was considered and is not recommended. Per the unit's assigned clinician, S's mental health is unlikely to decompensate while retained in ADSEG.

### Committee Action Summary                                                    ☐ Revision Requested

STG UCC REVIEW: RET COR ASU, AFFIRM CDCR 128B2 DTD 10/31/17, VAL ASSOC OF AB STG-I, REFER TO CSR TO AFFIRM STG VALIDATION, CONT S/C, W/A YARD WHILE HOUSED IN ASU, CONT MAXS CUSTODY, WG/PG AT D10 EFF 6/14/18, RL; 12.9, DDP-NCF, NDS INELIGIBLE, AR EXPL.

### Committee Comments                                                          ☐ Revision Requested

Inmate MILLIKEN F08618, made a personal appearance before COR IV Security Threat Group (STG) UCC on today's date for his review of CDCR 128-B2 dated 10/31/17 validation package from Office of Correctional Safety (OCS). S waived his 72 hours advanced notification. S's ASU/PN is current and accurately documents the reasons for SHU retention.

UCC NOTES: "S's" original STG UCC Validation Committee was not held within 30 days of the B2 dated 10/31/17. "S" was reissued B2 dated 10/31/17 on 5/30/19 by CCII J. Diaz and this STG UCC Validation Committee is within 30 days of reissuance of B2. An Investigative Employee (I.E.) is required and CCI G. Sanchez-Madrigal was assigned. The I.E. report was completed per 128B dated 6/18/19 and "S" received a copy.

CASE FACTORS: Milliken is a 35 year old, White First Termer received into the California Department of Corrections and Rehabilitation (CDCR) on 12/16/05, from San Joaquin County for the offenses of Murder 2nd, MFG/Transport/Sale/Land Assault Weapon, Burglary 1st, Attempted Robbery 2nd, ADW w/Force likely to Produce GBI x2, Discharge Firearm w/Gross Negligence, ADW w/Force likely to Produce GBI-Conspiracy, and Evade or Attempt to Evade Peace Officer while Driving recklessly, receiving a total term of 79 years to Life. S has a NEPD of 11/18/2070.

72 hours prior to today's comm ttee hearing, S was issued a copy of the Instructional Memorandum dated October 11, 2012 and the updated memorandum relative to the ongoing STG case reviews in SHU dated 8/9/2013. S also received all relevant copies of source items listed on the CDCR 128B2 to include the Confidential Disclosure Forms and a copy of the CDCR 128B dated 6/18/19 (Investigative Employee Report). UCC notes, S refused to signed CDCR 2260, Advisement of Expectations on 12/10/2015.

COMMITTEE NOTES: May 2, 2017, S was placed into the Administrative Segregation Unit (ASU) at Pelican Bay State Prison (PBSP) due to self-expressed safety concerns; specifically, S stated, "I'm done. I can't be out here anymore." S requested Sensitive Needs Yard (SNY) status, wh ch makes S unsuitable for rehousing at PBSP General Population. Per Non Committee Endorsement dated 2/15/18, S was approved for transfer to Corcoran (THU) from PBSP-STRH. Upon arrival, S was rehoused in ASU to complete a new autobiography to include relevant and accurate informat on. S was advised of the expectations and instructions on how to complete the autob ography. Pursuant to CDCR 128B-2 dated 10/31/17, OCS accepted S's validat on, noting the following source items:

1. Confidential Memorandum (CM) dated 4/27/17 (Informants-3 points), authored by Correctional Officer A. Schaad of PBSP-IGI. The CM indicates that on 3/23/17, at PBSP, a reliable confidential source (CS) identified S as a "prospect" (potential member) of the Aryan Brotherhood (AB). The CS stated that two (2) members are needed to sponsor a prospect. Prospects then have a two year probationary period after wh ch an AB member must unanimously vote them into membership. The CS stated that in order for a AB prospect to earn their "Rock" (Shamrock/membership) they must "shed blood" (kill). The CS stated that two AB members were identified as sponsoring you for AB membership.

2. CM dated 4/11/17 (informants-support item to source #1), authored by Correctional Officer A. Kauffman of PBSP-IGI. The CM indicates that a reliable confidential source identified S as briefly being made an Aryan Brotherhood (AB) member. AB members BRETCHES, C-10395 and BELL, E-25372, were identified as AB members who made S a member. However, due to an indiscretion, a decis on was made not to rush S' membership and S's status was demoted to AB associate.

3. Rules V olation Report (RVR) dated 10/27/16 (Direct Link-offenses 6 points), for Possess on of Secur ty Threat Group Contraband. This RVR documents that on 10/27/16, at approximately 0630 hours, a search of S's assigned cell was conducted. During the course of the search a manila envelope was discovered on the top of the top locker containing a Valentine's Day card w th a photograph of a white male who appeared to be an inmate and a wh te female who appeared to be a visitor. On the front of the card are the words, "be mine." On the back of the card are the words, "Nothing is likely to stand in our way." On the inside of the card are the words, "Be my Valentine this year and every forever Yours Forever. And a day." This card was located on the card. S's personal property. The white male that was in the photograph was discovered to be validated Aryan Brotherhood (AB) associate BRETCES, C-10395. It is noted that a photograph of a member of a specif c STG is shown out as a token of esteem to subordinate affiliates of the same STG. The photograph is then retained by the affiliates, who may use them in the future to demonstrate their close association with the member (s)/associate (s), enhancing their reputation and influence w th other affiliates.

4. CM dated 7/20/16 (informants-support item to source #1), authored by Correct onal Sergeant J. Puente of PBSP-IGI. This CM documents that a reliable confidential source (CS) identified S as receiving his "Rock" (Shamrock), meaning that he had been made a member of the Aryan Brotherhood (AB).

5. CM dated 1/4/16 (Debrief Reports-3 points), authored by Correctional Officer B. Cope J. Puente of Kern Valley State Prison (KVSP). This CM indicates that a reliable confidential source (CS), who is a validated associate of the Aryan Brotherhood (AB) provided self-incriminating information of himself ordering the assault of inmate WEDEL, V-35029. It is noted that S received and found guilty of RVR for Attempted Murder with a Weapon Resulting in GBI.

6. CM dated 2/10/14 (Wr tten Material Not in Possession-2 points), authored by Correctional Officer J. Cano, CSP-COR. This CM indicates that CSP-COR received multiple k tes (small hand written notes containing sensitive prison gang information). These notes contained a list of inmates identified as being in good standing with the Aryan Brotherhood (AB) prison gang. S was identified within this list by his name, "James Milliken", S's area of origin "ESOV" (East Side Oak Ville), and CDCR #F-08618.

7. CM dated 1/17/12 (informants-3 points), authored by Correctional Officer J. Ortega, CSP-COR. This CM ind cates that a reliable confidential source (CS) identified a validated Aryan Brotherhood (AB) associate to be targeted for murder. The CS sa d that S would be committing the murder. The CS stated that the reason he knew this was S had told him on the spot on 10/11/11.

8. RVR dated 5/15/09 (offenses-support tem to source #5), Attempted Murder of an Inmate with a Weapon Resulting in SBI (B-09-05-044). The RVR documents that on 5/15/09, at approximately 1320, S was observed striking inmate WEDEL, V-35029 in the upper back and the back of the head with a closed fist. Upon being placed in handcuffs, a weapon was discovered on the ground where the fight began. Blood was observed dripping down the right s de of WEDEL's face. A review of the CDCR-7219 for WEDEL documents that his wounds were consistent with stabbing injuries and it noted that WEDEL sustained two puncture wounds to the back and head, and one puncture wound to the right s de of the head.

COMMITTEE ACTION: UCC has determined the validation package and the sources used as validation are appropriate and complete. UCC concurs with OCS and affirms S as a validated associate of the Aryan Brotherhood (AB) Security Threat Group I (STG-I). UCC notes, S does not meet the criteria for placement in the STG Step Down Program (SDP). Continue retention in ASU pending review by ICC for appropriate housing. Per Departmental Review Board action dated 4/8/19, S's case is not controlled by DRB. Refer to CSR to affirm STG Validat on.

Confidentiality Notice: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**UCC NOTES:** Milliken requested follow up questions for his STG-UCC, however after thorough review by Chairperson "S's" questions were deemed to be irrelevant due to repetitive questions as "S" has already received requested documentat on, questions to inmates that have been deemed victims and informat on is irrelevant. The declaration was written by "S" and contained inaccurate informat on. "S" requested witness, however I.E. Report was completed and suff cient as the w tness prov ded adequate answers. The Chairperson deemed the presence of the witnesses were not required.

**CONFIDENTIAL FILE:** Reviewed and noted.

**CELL REVIEW:** Committee elects to continue S on SINGLE CELL pending self-admitted safety concerns and completion of debriefing process.

**YARD REVIEW:** Committee elects to continue "S" on the WALK ALONE yard due to no available compatible group yard.

**EFFECTIVE COMMUNICATION:** "S" has a TABE score of 12.9 and is not a participant in the Mental Health Services Delivery System. During today's committee, effective communication was established by using simple English spoken clearly and slowly. "S" stated that he understood everything that was explained and answered questions asked of him appropriately. Effective communication was achieved due to "S's" manner and interact on which ind cated he completely understood.

**STATEMENT OF FINDINGS:** This finding is based on the following evidence: CM's dated 1/17/12, 2/10/14, 1/4/16, 7/20/16, 4/11/17, 4/27/17, and RVR's dated 5/15/09 and 10/27/16, meeting validation cr teria pursuant to STG Pilot Program to val date Milliken as an associate of the Aryan Brotherhood STG-1.

**DEBRIEFING PROCESS:** You have the option to renounce your associat on with the STG by participating in the Debriefing Process and attaining "dropout" status. Debriefing is a comprehensive two step process, wh ch includes an interview/investigative phase and an observat on phase. The purpose of the debriefing interview is to provide staff with information about the STG's structure, activities, and affiliates. A debriefing is not for the purpose of acquiring incriminating evidence against you. Failure to participate in the Debriefing Process will indicate that you are unwilling to renounce your STG affiliat on and may result in placement into the Restricted Custody General Population (RCGP) at Assigned SHU Institution.

**STEP DOWN PROGRAM:** Provides offenders placed in a Security Housing Unit (SHU) for STG val dation and/or confirmed STG behav ors, with a program and increased incentives to promote positive behavior including refraining from participation in STG activities. The Step Down Program is designed to be completed in 4 years. Completion of this Step Down Program may ultimately afford the offender w th the ability to return to a GP or SNY setting.

**ADDITIONAL COMMITTEE MEMBERS:**
M. Casares, LCSW
T. Brazelton, COR IGI
J. Diaz, CCII Presenter

─────────────── Inmate Involvement in Hearing ───────────────

| | |
|---|---|
| Attendance: Present at Hearing | 72 Hour Notice Waiver: Yes |
| Interpreter Name: | |
| Staff Assistant Name: | S/A Discharged: |
| Agrees with Recommendations: No | Informed of Appeal Rights: Yes |

**Inmate Comments**

INMATE COMMENTS/PARTICIPATION: "S" did participate in committee. "S" was advised of his administrative right of appeal and Use of Force Pol cy.

**Effective Communications**

| Interaction Date | Interaction Time | Interaction Type |
|---|---|---|
| | No Rows Found | |

─────────────── Outcome ───────────────

| | |
|---|---|
| Actual Hearing Date: 06/20/2019 | Actual Hearing Time: 12:07:12 |
| Continue Present Program: No | Implament Changes: Yes |
| ASU Extension Request: No | ASU Extension Days: 0     Extension Reason: |
| Review Status: Audited | As of: 06/25/2019 |
| Refer to: ASU/SHU CSR | Reason: N/A |
| Next Review Date: | Next Committee Type: |

**Committee Members (Voting)**

| Staff Name | Title | Chair-Person | Recorder | Dissenting Comments |
|---|---|---|---|---|
| Campa, C [CACA015] | CCII | ☐ | ☑ | |
| Gallagher, [GAJE015] | FC | ☑ | ☐ | |
| Goss, A [GODA010] | AW | ☐ | ☐ | |

─────────────── CCII Review ───────────────

**Reviewer Comments**

ready for CSR

| | | |
|---|---|---|
| CCII Name: Campa, C [CACA015] | | Review Date: 06/20/2019 |

─────────────── Auditor Action ───────────────

Aud t Type: STG Status Review

| Audit Date | Auditor Name | Auditor Title | Statistical Category | Audit Result |
|---|---|---|---|---|
| 06/25/2019 | Martin, [MAST006] | CSR | SHU Case | Approved |

**Administrative Determination (To Be Reviewed)**

**Confidentiality Notice:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**SHU Term Audit**

**Corrections Requested**

| None |
|------|

**Transfer Endorsement**

**Revision/Auditor Comments**

STG UCC review dated 6/20/2019 is noted. The review was conducted to re-affirm the previously applied Administrative Determinant (AD). CSR approves the application of the STG1 AD. All required STG documents are located in ERMS and have been verified. All validation documents have been stamped as required. CDCR 128B2 dated 10/31/2017, is noted.

Pending DRB matters are noted. Staff are to expedite casework for DRB presentation. Previously approved ASU extension through 7/29/2019, is noted.

Enemy concern noted at COR. Staff are to house accordingly.

**Related Standard Forms**

| Date Prepared | Time Prepared | Type of Form | Staff Prepared By | Status |
|---------------|---------------|--------------|-------------------|--------|
| 06/25/2019 | 09:45:32 | Auditor Action | Martin, S███ [MAST006] | Printed - Reviewed |
| 06/25/2019 | 08:58:09 | Cls. Committee Chrono | Campa, C███ C [CACA015] | Printed - Reviewed |
| 06/20/2019 | 09:45:18 | Notice of Cls. Hearing | Diaz, ███ A [DIJO005] | Printed - Reviewed |

**Related Electronic Documents**

| Type | Date | Title | Source | Nbr of Pages |
|------|------|-------|--------|--------------|
| No Rows Found | | | | |

**Scanned Documents**

| C-File Section Code | Document Type | Sub-Type | Document Date | Status |
|---------------------|---------------|----------|---------------|--------|
| No Rows Found | | | | |

Show Last Updated Information

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT COVER PAGE *E*

_EXHIBIT_

Description of this Exhibit: Classification Review dated
6/27/19

Number of pages in this Exhibit: _2_ pages.

JURISDICTION: (Check only one)

_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

__X__ United States District Court

_____ State Circuit Court

_____ United States Supreme Court

_____ Grand Jury

Def Ex #48

## ICC5007B - Classification Review

| | |
|---|---|
| Name: MILLIKEN, JAMES MICHAEL | CDC#: T08618 |

CC Request Date: 06/25/2019
Institution: California State Prison, Corcoran
Facility: COR-Facility 04A
Correctional Counselor: Diaz, ▓ A [DIJ0005]
Committee Type: Institution Cls. Committee (ASU/SHU/THU/PSU-ICC)
Review Type: Subsequent ASU
Scheduled Hearing Date: 06/27/2019

Request Time: 12:25:30

Scheduled Hearing Time: 09:00:00

### Critical Case Factors

| Factor | Current Value | New Value |
|---|---|---|
| Security Level | | Placement Score: 134   Level: IV-Level 4 |
| Custody Designation | Maximum | Maximum |
| Custody Suffix - 1st | S | S-Requires Single Cell Status |
| Custody Suffix - 2nd | | |
| Custody Suffix - 3rd | | |
| Custody Suffix - 4th | | |
| Housing Placement - 1st | | UNK-N/A |
| Housing Placement - 2nd | UNK | UNK-N/A |
| Housing Configuration | CL | NA-Not Applicable |
| Institution (Primary) | COR | |
| Institution (Alternate) | | |
| Transfer Override | ZZZ | ZZZ-None |
| Exceptional Placement | Z | Z-None |
| Custody Upon Transfer | Unknown | Unknown |
| Detention Procession Unit | 0 | 0-N/A |
| Work Change Clearance | No | No |
| Back Dock Clearance | No | No |
| Gate Pass Clearance | No | No |
| Access to Computer Clearance | No | No |
| ORWD Clearance | No | No |
| SVP Status Considered | | No |
| MDO Status Considered | | No |
| Annual IHR Conducted | | No |

### Administrative Segregation Unit (ASU) Placement

Date of ASU Placement being reviewed: 06/14/2018
ASU Placement Reason: All identified or unidentified ENE concerns for all reasons
Total Days in ASU: 385 days (including end date)
ASU Placement Outcome: Retain in Ad Seg Status

### Related SHU Term Computations

| Violation Date | Att./ Consp. | Specific Offense | STG Nexus | SHU Term Type | SHU Term Start Date | SHU Term | How Served | Time Forfeited | Any Pending? | MERD | SHU Term Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Rows Found | | | | | | |

### Work Group/Privilege Group Changes (SEG ONLY)

| Seq # | Work Group | Privilege Group | Begin Date | End Date |
|---|---|---|---|---|
| | D1-Administrative Segregation | | 06/14/2018 | |
| | | D-Special Segregation Unit | 06/14/2018 | |
| 001 | D1-Administrative Segregation | D-Special Segregation Unit | 06/14/2018 | |

### Manual Overrides (System Generated)

### Credit Time Restoration

| Seq # | RVR Log # | Days | Violation Date | One-Time Application |
|---|---|---|---|---|
| | | | No Rows Found | |

### Related RVRS

| Violation Date | Log Number | Guilty Charge |
|---|---|---|

**Confidentiality Notice:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| Violation Date | Log Number | Guilty Charge |
|---|---|---|
| | No Rows Found | |

## Current Assignments (5/30/19)

| Seq # | Assigned Date | Assignment Type | Section Location | Position # | Position Title | Status | Retain | Removal Reason |
|---|---|---|---|---|---|---|---|---|
| 001 | 04/30/2019 | Voluntary e-Learning – Non Tablet | VOL EDUCATION CLASS IN CELL | VEL.001.004 | 4A VOL e-LEARNING | Unassigned | ☑ | |
| 002 | 05/16/2019 | College (Correspondence) | VOL EDUCATION CLASS IN CELL | VC1.001.016 | 4A VOL COLLEGE CORRES CLASS A | Unassigned | ☑ | |

## Waiting List

| Incl. | Rem. | Waiting List Type | Status When Incl. | Identified Date |
|---|---|---|---|---|
| | | | No Rows Found | |

## Clinical Comments

S is not a participant in the MHSDS. S's Activities of Daily Living (ADL) are adequate. S's interactions with staff appear to be appropriate.  S's placement in alternative levels of care in the Mental Health Services Delivery System was considered and is not recommended.  Per the unit's assigned clinician, S's mental health is unlikely to decompensate while retained in ADSEG.

## Committee Action Summary                                                                ☐ Revision Requested

SUBSEQUENT ASU REVIEW:  RET ASU, REF TO DRB FOR SAFE HOUSING, REF CSR RX 90 DAY ASU EXT PX DRB REV, CONT MAXS CUST, CONT S/C, W/A YARD WHILE HOUSED IN ASU; PSYCH: GP, TABE: 12.9; DDP; NCF, DPP; N/A, WG/PG D1D EFF 6/14/18, A/R EXPL.

## Committee Comments                                                                       ☐ Revision Requested

ASU/PN REVIEW:  S's ASU/PN is current and accurately documents the reason(s) for ASU placement.  A review of the ASU/PN indicates the document was issued in sufficient detail and S was afforded all the due process requirements.

COMMITTEE NOTES:  Inmate MILLIKEN F08618, hereafter, will be referred to as Subject (S). S made a personal appearance before COR 4A ICC for the purpose of a Subsequent ASU Review.  S waived his 72 hour notice.  S stated he was in good health and ready to proceed.  S's Confidential and Non-Confidential Separation Alerts have been reviewed.  S's TABE 12.9.

On Thursday, June 14, 2018, S was removed from COR Facil ty 4B and housed in Administrative Segregat on (ASU) per CDC 128-B dated 6/13/18 authored by the Debrief Task Force-Fresno.  Specifically, the Debrief Task Force Processing Un t 128-B states S was found to be less than sincere and unwilling to provide all information known to S during the debrief process. Per CDCR 128B STG Informat onal Chrono dated 8/27/18 authored by DTF-Fresno, the author ind cates S is deliberately manipulating the debrief process in a desperate attempt to get to an SNY facility by limiting the information S is willing to divulge. The author recommends S be referred to DRB for RCGP consideration and not be allowed to participate in the debrief process for a minimum of six (6) months.

On 4/17/19, S appeared before the Departmental Review Board for review of appropriate housing.  The following is the DRB act on:  Retain in the COR ASU with MAX-S custody and WG/PG D1/D pending OCS investigation into MILLIKEN's STG status. Refer the case back to the DRB within 30 days in the event that MILLIKEN cannot be released to safe housing by ICC. In the event that MILLIKEN can be released to safe housing after re-evaluation of his STG status by OCS, ICC shall grant NDS and also advise CSU that the referral to DRB is no longer warranted.
DO NOT RETAIN DRB TX CONTROL.

On 5/30/19, S appeared before STG UCC for review of val dation per CDCR 128B2 dated 10/31/17 noting validated STG I associate of the Aryan brotherhood.  UCC reviewed all relevant documents and affirmed S's STG validation. S's case was referred to ICC.
Today's ICC notes that S's safety concerns still exist and no case factors have changed since S was reviewed by ICC dated 5/30/19 noting DRB act on wherein in states; Refer the case back to the DRB w thin 30 days in the event that MILLIKEN cannot be released to safe housing by ICC.  S continues to acknowledge he has safety concerns with all STG 1 A8's and their sympathizers and continues to refuse to participate in the Debriefing Process. S stated during today's ICC that he acknowledges the only placement he can continue to program has a Restr cted Custody General Population (RCGP). Based on S's past of being found to be less than sincere and unwilling to provide all information known to S during the debrief process today's ICC elects to refer S's case back to DRB for safe housing placement.  ICC elects to refer S's case to the CSR for a 90 day ASU extension pending DRB review.  Continued retention in ASU is warranted at this time.  S's release from segregated housing, at this time, does present an immediate threat to the safety and secur ty of self/others; as well as the security of the institution. Continue D1D effective 6/14/18.  S" requested to be NDS however is ineligible.

CELL REVIEW: ICC elects to continue single cell status pending review by DRB for safe housing placement.

YARD REVIEW:  Committee elects to continue S on the Walk Alone yard while housed in ASU due to the unavailability of a compatible group yard.

MEDICAL STATUS:  S is Full Duty and Low Risk Med cal per SOMS MCC dated 1/25/16. DDP: NCF; DFP: None. DME; Eyeglass Frames.

EFFECTIVE COMMUNICATION:  During a pre-committee interview at cell front, effective communication was established by using simple English spoken clearly and slowly.  S re terated in his own words what was explained to him and answered questions asked of him appropriately. S stated he d d not need any additi onal assistance.

PREA:  Inmate was asked if they have any new, relevant, informatio related to PREA which has come to light since his intake interview.  Inmate stated that he does not have any information.

ADDITIONAL COMMITTEE MEMBERS:
K. Kyle, Mental Health

### Inmate Involvement in Hearing

| | |
|---|---|
| Attendance: Present at Hearing | 72 Hour Notice Waiver: Yes |
| Interpreter Name: | |
| Staff Assistant Name: | S/A Discharged: |
| Agrees with Recommendations: No | Informed of Appeal Rights: Yes |

## Inmate Comments

INMATE COMMENTS/PARTICIPATION: "S" did participate in committee.  "S" was advised of his administrative right of appeal and Use of Force Pol cy.

## Effective Communications

| Interaction Date | Interaction Time | Interaction Type |
|---|---|---|
| | No Rows Found | |

Confidentiality Notice: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

─────────── Outcome ───────────

| | |
|---|---|
| Actual Hearing Date: 07/03/2019 | Actual Hearing Time: 10:43:28 |
| Continue Present Program: No | Implement Changes: Yes |
| ASU Extension Request: No | ASU Extension Days: 0 Extension Reason: |

| | |
|---|---|
| Review Status: Audited | As of: 07/16/2019 |
| Refer to: ASU/SHU CSR | Reason: ASU Assessment |
| Next Review Date: 09/25/2019 | Next Committee Type: ICC |

**Committee Members (TCSB)**

| Staff Name | Title | Chair-Person | Recorder | Dissenting Comments |
|---|---|---|---|---|
| Campa, ██ C. [CACA015] | CCII | ☐ | ☑ | |
| Pérez, ██ [PEJA012] | CDW (A) | ☑ | ☐ | |
| Gallagher, ██ [GAJE015] | FC | ☐ | ☐ | |

─────────── CCII Review ───────────

**Reviewer Comments**

ready for CSR

CCII Name: Diaz, ██ A [DIJ0005]          Review Date: 07/03/2019

─────────── Auditor Action ───────────

Audit Type: ASU Retent on

**SCA Audit**

| Audit Date | Auditor Name | Auditor Title | Statistical Category | Audit Result |
|---|---|---|---|---|
| 07/16/2019 | Scott, ██ [SCDA002] | CSR | SHU Case | Approved |

**Administrative Determinants To be Reviewed**

**SHU Criteria Audit**

**Corrections Requested**

| None |
|---|

**Transfer Endorsement**

**Reviser/Auditor Comments**

ASU extension approved pending referral to DRB based on safety concerns. This ICC notes that S's safety concerns still exist and no case factors have changed since S was reviewed by ICC dated 5/30/19 noting DRB action wherein in states; Refer the case back to the DRB within 30 days in the event that MILLIKEN cannot be released to safe housing by ICC. S continues to acknowledge he has safety concerns with all STG I AB's and their sympathizers and continues to refuse to participate in the Debriefing Process.

Casework follow-up: Review and identify S in CM dated 6/11/19 and determine if enemy concerns exist.

**Related Standard Forms (RSCB)**

| Date Prepared | Time Prepared | Type of Form | Staff Prepared By | Status |
|---|---|---|---|---|
| 07/16/2019 | 11:35:26 | Auditor Action | Scott, ██ [SCDA002] | Pending |
| 07/03/2019 | 10:46:34 | Cls. Committee Chrono | Campa, ██ C [CACA015] | Printed - Reviewed |
| 06/25/2019 | 12:27:22 | Notice of Cls. Hearing | Diaz, ██ A [DIJ0005] | Printed - Reviewed |

**Related Electronic Documents**

| Type | Date | Title | Source | Nbr of Pages |
|---|---|---|---|---|
| No Rows Found | | | | |

**Scanned Documents**

| C-File Section Code | Document Type | Sub-Type | Document Date | Status |
|---|---|---|---|---|
| No Rows Found | | | | |

Show Last Updated Information

**Confidentiality Notice:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.