UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MILLIKEN,<br><br>        Plaintiff,<br><br>  v.<br><br>S. ALFARO, et al.,<br><br>        Defendants. | 1:20-cv-00963-GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**July 16, 2020**__        __/s/ Gary S. Austin__
                                                         UNITED STATES MAGISTRATE JUDGE