UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MILLIKEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>S. ALFARO, et al.,<br><br>　　　　　Defendants. | 1:20-cv-00963-NONE-GSA-PC<br><br>**ORDER ACKNOWLEDGING PLAINTIFF'S PAYMENT OF THE FILING FEE**<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON SEPTEMBER 21, 2020**<br>**(ECF No. 13.)**<br><br>**ORDER RESOLVING PLAINTIFF'S MOTIONS FILED ON SEPTEMBER 14, 2020**<br>**(ECF Nos. 10, 11.)** |

**I.   BACKGROUND**

James M. Milliken ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 6, 2020, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)

On September 14, 2020, Plaintiff filed a motion to proceed *in forma pauperis* and a certified copy of his prison trust account statement pursuant to 28 U.S.C. § 1915. (ECF Nos. 10, 11.)  Plaintiff's prison trust account statement showed that on September 2, 2020, he had a balance of $1,644.87 in the account, and his average monthly balance during the past six months

was $3,164.41. (ECF No. 10 at 3.) Under these facts, the court issued findings and recommendations, recommending that Plaintiff's motion to proceed *in forma pauperis* be denied and Plaintiff be required to pay the statutory filing fee of $400.00 for this action in full. (ECF No. 13.)

On October 2, 2020, Plaintiff paid the $400.00 filing fee. Therefore, the court shall vacate the findings and recommendations issued on September 21, 2020.

**II. CONCLUSION**

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on September 21, 2020, are VACATED; and
2. This order resolves Plaintiff's motions filed on September 14, 2020.

IT IS SO ORDERED.

Dated:   **October 7, 2020**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE