UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MILLIKEN,<br><br>Plaintiff,<br><br>v.<br><br>S. ALFARO, et al.,<br><br>Defendants. | No.  1:20-cv-00963-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 20) |

Plaintiff James M. Milliken is a state prisoner proceeding *pro se* with this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to obey a court order.  (Doc. No. 20.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.*)  To date, no objections have been filed with the court and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly,

1. The findings and recommendations issued on April 29, 2022 (Doc. No. 20) are adopted;
2. This action is dismissed due to plaintiff's failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 13, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE